Adam Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR
23901 Calabasas Road, #2072
Calabasas, CA 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorney for Plaintiff
Adam Brown

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., and DOES 1 to 10,<br><br>　　　　Defendants. | NO.<br><br>COMPLAINT FOR WRONGFUL TERMINATION IN VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT |

### Preliminary Allegations

1. The court has federal question jurisdiction pursuant to 28 USC § 1331 since interpretation of the Family and Medical Leave Act arises under the laws of the United States.

2. Venue is proper in the Central District pursuant to 28 USC § 1391(b) since the acts that form the basis of the complaint occurred at the Whole Foods Market in Santa Barbara.

3. Plaintiff Adam Brown is a resident of Ventura County and worked as a food preparer at the Whole Foods Market in Santa Barbara.

4. Defendant Whole Foods Market California, Inc. is a California corporation.

-1-
COMPLAINT

5. Brown was applied and qualified for the Family and Medical Leave Act based on a condition with his foot that made it necessary to have flat foot surgery.

6. The leave was effective beginning on June 22, 2017, where Adam Brown was placed on light duty.

7. Adam Brown was subsequently approved for surgery on August 18, 2017.

8. On August 7, 2017 while Brown was on leave, Whole Foods agent John Bennett terminated Brown for not coming to work.

9. Although Whole Foods Market knew that Brown was on leave since it there was already a claim existing through its third-party administrator Sedgwick, Whole Foods Market retaliated against Brown based on his leave status.

10. The Family and Medical Leave Act provides that eligible employees of covered employers are entitled to 12 workweeks of leave in a 12-month leave year. 29 USC § 2612.

11. An employer may not retaliate against an employee for using FMLA leave. 29 USC § 2615.

12. Whole Foods Market, through its supervisor employee, retaliated against Brown for Brown's exercise of rights under the Family and Medical Leave Act.

13. Consequently, Brown has a private right of action based on the above, which includes lost wages, employment benefits, interest, attorney fees, and costs. 29 USC § 2617.

Prayer

1. Lost wages and benefits
2. Reinstatement
3. Interest
4. Attorney fees and costs
5. Other relief the court deems proper

///

| | | |
|---|---|---|
| 1 | Date: November 3, 2017 | LAW OFFICE OF ROBERT STARR |
| 2 | | /s/ Adam Rose |
| 3 | | Attorney for Plaintiff Adam Brown |

Date: November 3, 2017    LAW OFFICE OF ROBERT STARR

/s/ Adam Rose
Attorney for Plaintiff
Adam Brown

Request for Jury Trial

Brown requests a jury trial pursuant to Fed. R. Civ. Proc. 38.

Date: November 3, 2017    LAW OFFICE OF ROBERT STARR

/s/ Adam Rose