1  Adam Rose (210880)
   adam@starrlaw.com
2  LAW OFFICE OF ROBERT STARR
   23901 Calabasas Road, #2072
3  Calabasas, CA 91302
   Telephone: (818) 225-9040
4  Facsimile: (818) 225-9042

5  Attorney for Plaintiff
   Adam Brown
6

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | ADAM BROWN,                              ) NO.   CV17-8051-AFM
   |                                          )
12 |         Plaintiff,                       ) FIRST AMENDED COMPLAINT
   |                                          ) FOR WRONGFUL TERMINATION
13 |   v.                                     ) IN VIOLATION OF THE FAMILY
   |                                          ) AND MEDICAL LEAVE ACT
14 | MRS. GOOCH'S NATURAL FOOD                )
   | MARKETS, INC., and DOES 1 to 10,         )
15 |                                          )
   |         Defendants.                      )
16 |_____)

17

18

19                        Preliminary Allegations

20 1.    The court has federal question jurisdiction pursuant to 28 USC § 1331 since

21 interpretation of the Family and Medical Leave Act arises under the laws of the

22 United States.

23 2.    Venue is proper in the Central District pursuant to 28 USC § 1391(b) since the

24 acts that form the basis of the complaint occurred at the Whole Foods Market in

25 Santa Barbara.

26 3.    Plaintiff Adam Brown is a resident of Ventura County and worked as a food

27 preparer at the Whole Foods Market in Santa Barbara.

28 4.    Defendant Mrs. Gooch's Natural Food Markets, Inc., dba Whole Foods

Market, is a California corporation.

SMRH:485375613.1                    -1-

5. Brown was applied and qualified for the Family and Medical Leave Act based on a condition with his foot that made it necessary to have flat foot surgery.

6. The leave was effective beginning on June 22, 2017, where Adam Brown was placed on light duty.

7. Adam Brown was subsequently approved for surgery on August 18, 2017.

8. On August 7, 2017 while Brown was on leave, Defendant's agent John Bennett terminated Brown for not coming to work.

9. Although Defendant knew that Brown was on leave since it there was already a claim existing through its third-party administrator Sedgwick, Defendant retaliated against Brown based on his leave status.

10. The Family and Medical Leave Act provides that eligible employees of covered employers are entitled to 12 workweeks of leave in a 12-month leave year. 29 USC § 2612.

11. An employer may not retaliate against an employee for using FMLA leave. 29 USC § 2615.

12. Defendant, through its supervisor employee, retaliated against Brown for Brown's exercise of rights under the Family and Medical Leave Act.

13. Consequently, Brown has a private right of action based on the above, which includes lost wages, employment benefits, interest, attorney fees, and costs. 29 USC § 2617.

Prayer

1. Lost wages and benefits
2. Reinstatement
3. Interest
4. Attorney fees and costs
5. Other relief the court deems proper

///

| | | |
|---|---|---|
| 1 | Date: February 5, 2018 | LAW OFFICE OF ROBERT STARR |
| 2 | | /s/ Adam Rose |
| 3 | | Attorney for Plaintiff Adam Brown |

Request for Jury Trial

Brown requests a jury trial pursuant to Fed. R. Civ. Proc. 38.

| | | |
|---|---|---|
| 9 | Date: February 5, 2018 | LAW OFFICE OF ROBERT STARR |
| 10 | | /s/ Adam Rose |

SMRH:485375613.1               -3-