1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  |   A Limited Liability Partnership
2 |   Including Professional Corporations
  | DEREK R. HAVEL, Cal. Bar No. 193464
3 | JONATHAN P. BARKER, Cal. Bar No. 233652
  | TIMOTHY T. KIM, Cal. Bar No. 314365
4 | 333 South Hope Street, 43rd Floor
  | Los Angeles, California 90071-1422
5 | Telephone: 213.620.1780
  | Facsimile: 213.620.1398
6 | Email:       davel@sheppardmullin.com
  |              jbarker@sheppardmullin.com
7 |              tkim@sheppardmullin.com

8 | Attorneys for Defendant MRS. GOOCH'S
  | NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADAM BROWN, | Case No. 2:17-CV-08051-AFM |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE PURSUANT TO FRCP 41** |
| v. | |
| MRS. GOOCH'S NATURAL FOOD MARKETS, INC., and DOES 1 through 10, | |
| Defendants. | |

# JOINT STIPULATION

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, this Stipulation is entered into by and between Plaintiff Adam Brown ("Plaintiff") and Defendant Mrs. Gooch's Natural Food Markets, Inc. dba Whole Foods Market ("Defendant"), through their respective counsel of record:

**WHEREAS**, on November 6, 2017, Plaintiff filed his Complaint in this matter;

**WHEREAS**, on February 13, 2018, Plaintiff filed his First Amended Complaint, which dismissed Whole Foods Market California, Inc., and added Defendant as a party;

**WHEREAS**, the parties have entered into an agreement to resolve the lawsuit and to dismiss the action in its entirety with prejudice; and

**WHEREAS**, the parties have agreed that they shall each bear their own attorneys' fees and costs in this matter

///

///

///

////

///

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their counsel, that Plaintiff's claims against Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure and that each party will bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  September 7, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Jonathan Barker*
DEREK R. HAVEL
JONATHAN P. BARKER
TIMOTHY T. KIM
Attorneys for Defendant MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

Dated:  September 7, 2018

LAW OFFICE OF ROBERT STARR

By      /s/ Adam Rose
ADAM ROSE
Attorneys for Plaintiff ADAM BROWN