Case No.  **CV 17-08051 AFM**                                           Date:  **October 23, 2018**

Title  **Adam Brown v. Mrs. Gooch's Natural Food Markets, Inc.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Dismissing Action**

As requested by the Joint Stipulation for Dismissal (ECF No. 24), this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ib |